| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHNNIE W. TOMLIN, §
 §
 Plaintiff, §
 §
versus § CIVIL ACTION NO. 1:11-CV-3
 §
SIGNAL INTERNATIONAL, §
 §
 Defendant. §

## ORDER OF DISMISSAL

Plaintiff's Unopposed Motion to Dismiss Case (#48) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 14th day of August, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE